July 11, 2016


Dear Honorable Judge Walter,


I have officially passed the halfway point of my probation period.  I've been told that once I have completed 50% of my probation, and without any violations, that I can request an early release from probation.  I was sentenced to 2 years in prison and 3 years of probation starting December 12th 2014.

I'm not sure if the early release information is true.  Throughout this process I've been given bad advice more than once.  However, if you can find it in your heart to release me now, it would be much appreciated.

Throughout this sentence, I've never failed to meet any conditions that I have been required to meet.  I have tried my best to exceed any expectations of anyone I was ordered by.  I've never been written-up for anything and have worked hard to do more than what was expected of me.

I have contacted my probation officer, Jacob Gilbert, and asked him if he'd agree to an early release. He responded via email, "Would recommend an early release".  His email address is jacob_gilbert@txep.uscourts.gov.

I hope my record of compliance during this process is worthy of an early release. If there is anything I can do to assist you in your decision, please feel free to contact me directly.

Thank you for your time and consideration in this matter.


Sincerely,

Kenneth Gordon
(469) 405-2884

Kenneth Gonzales
38000 Kickapoo Drive
Mustang, TX. 75070

Judge Donald E. Walter
United States District Judge
300 Fannin Street,
Suite 4200
Shreveport, LA.
71101

71101-305999

NORTH TEXAS TX PRDC
25 APR 2016 PM 4 L
X-RAYED
CLEARED FOR DELIVERY