UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 11-219-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| KENNETH A. GORDON, JR. (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is a Letter, filed by Defendant Kenneth A. Gordon, Jr., and docketed as a Motion for Early Termination of Supervised Release [Doc. #116]. Defendant Gordon was convicted, by a jury, on November 7, 2012, of one count of conspiracy to commit wire fraud and one count of wire fraud. He was sentenced by this Court to concurrent terms of imprisonment of 24 months, as to each count, followed by three years of supervised release. In the instant motion, Defendant Gordon points out that he has been compliant with the terms of his supervised release, since it commenced in December of 2014. The Court has confirmed Defendant Gordon's compliance with the United States Probation Office, and the supervising officer has indicated that he has no objection to early release of this defendant. Although the United States Attorney's Office indicated its intention to object to the instant motion, the Government has failed to articulate any reasons in support of its objection or otherwise respond to the instant motion by the given deadline of Friday, July 29, 2016. [*See* Doc. #117]. The Court is aware that Defendant Gordon remains financially obligated for a significant amount of restitution, toward which he has consistently made payments, as directed. The applicable statute, 18 U.S.C. § 3583(e)(1), provides:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)-- (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal

Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

Having considered the relevant factors, as well as the lack of objection from the Probation Office, the Court finds that Defendant Gordon's conduct and the interest of justice warrant early termination of supervised release. Accordingly, upon due consideration, Defendant's motion [Doc. #116] is hereby **GRANTED**.

The Clerk of Court shall forward a copy of this Order to both United States Probation Officer Jacob Gilbert, in the Eastern District of Texas, and Defendant Kenneth A. Gordon, Jr.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this <u>1st</u> day of <u> August </u>, 2016.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE